1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
7  Attorneys for Plaintiff

8  CATHERINE M. CORFEE SBN 155064
   CORFEE STONE & ASSOCIATES
9  P.O. Box 1098
   Carmichael, CA 95609
10 Telephone: (916) 487-5441
   Facsimile: (916) 487-5440
11 Email: catherine@corfeestone.com;
   Email: assistant@corfeestone.com
12 Attorney for Defendant
13 Dakota Hotel, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> DAKOTA HOTEL LLC, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case: 3:18-CV-00536-SI <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 4, 2019     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: January 4, 2019     CORFEE STONE & ASSOCIATES

By: /s/ Catherine M. Corfee
Catherine M. Corfee
Attorney for Defendant
Dakota Hotel, LLC



2

Joint Stipulation for Dismissal           Case: 3:18-CV-00536-SI

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Catherine M. Corfee, counsel for Dakota Hotel, LLC, and that I have obtained Ms. Corfee's authorization to affix her electronic signature to this document.

Dated: January 4, 2019     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

# PROOF OF SERVICE

**Johnson v. Dakota Hotel LLC,**
3:18-CV-00536-SI

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On January 4, 2019 I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

Addressed to:
**Catherine Mary Corfee**
Corfee Stone & Associates
P.O. Box 1098
Carmichael, CA 95609

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on January 4, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Renuka Patil*
Renuka Patil

PROOF OF SERVICE